UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EIMSKIPAFLEG ISLANDS** | ) | |
| 2 Korngoroum | ) | |
| Reykjavik 104 | ) | |
| Iceland | ) | |
| | ) | Civil  Action  No. 06-01629 (RMC) |
| Plaintiff | ) | (ECF) |
| v. | ) | |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## <u>PRAECIPE</u>

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United

States Attorney Benton Peterson as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____

Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov