UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EIMSKIPAFLEG ISLANDS** <br> 2 Korngoroum <br> Reykjavik 104 <br> Iceland <br> <br> Plaintiff <br> v. <br> <br> **UNITED STATES OF AMERICA** <br> <br> <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-01629 (RMC) <br> (ECF) |

## NOTICE OF WITHDRAWAL

**THE CLERK OF THIS COURT** will please withdraw the appearance of Assistant United States Attorney Benton Peterson as counsel for the defendant in the above-captioned case.

Respectfully submitted,

Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov