UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EIMSKIPAFELEG ISLANDS, EHF, <br> 2 Korngörðum <br> Reykjavik 104 <br> Iceland <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-1629 (RMC) |

UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiff, Eimskipafeleg Islands, ehf ("Eimskip"), hereby respectfully moves this Court to stay proceedings in this matter pending resolution of a motion to dismiss related proceedings before the U.S. Armed Services Board of Contract Appeals ("the Board").

As set forth in paragraphs 5-6 of the Complaint, this action involves a Contract Disputes Act (CDA) claim that was denied by the contracting officer and appealed by Eimskip to the Board. On June 26, 2006, the United States filed a motion to dismiss with the Board, arguing that the CDA does not apply to contracts involving transportation and that the Board accordingly has no jurisdiction to consider the appeal in that case. Although Eimskip believes that the government's position lacks merit, it filed this Complaint on September 20, 2006, in order to preserve jurisdiction in this forum and avoid any potential claims that the limitations period had run. Eimskip does not, however, wish to burden the parties or the Court with duplicative proceedings. If the Board denies the motion to dismiss, Eimskip will proceed in that forum and it will be unnecessary to proceed further in this case.

Although briefing is complete, the motion to dismiss is still under consideration by the Board and we have been advised that a ruling is not expected for another 1-2 months.

To avoid potentially unnecessary duplication of effort, we accordingly ask that this case be stayed until such time as the Board rules on the pending motion. If the motion to dismiss is denied, Eimskip will promptly file a notice of voluntary dismissal. If the motion is granted, Eimskip will so notify the Court and request that the initial status conference be rescheduled.

Counsel for the appellee United States has been consulted and has authorized Eimskip to represent that it does not oppose this motion. A proposed order is attached.

        Respectfully submitted,

        s/ Heather M. Spring
        Marc J. Fink, #182881
        Heather M. Spring, #460640
        SHER & BLACKWELL, LLP
        1850 M Street, N.W., Suite 900
        Washington, D.C. 20036
        (202) 463-2500 (tel)
        (202) 463-4950 (fax)

        *Counsel for Eimskipafeleg Islands ehf*

Dated April 3, 2007