UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIMSKIPAFELEG ISLANDS, EHF, ) <br> 2 Korngörðum ) <br> Reykjavik 104 ) <br> Iceland ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-1629 (RMC) |

## ORDER

For good cause shown, appellant's unopposed motion for a stay of proceedings is GRANTED, and it is hereby ORDERED that proceedings shall be stayed until the Armed Services Board of Contract Appeals rules on the motion to dismiss now pending in ASBCA Docket No. 55209. Appellant shall notify this Court within 5 days following issuance that ruling. It is FURTHER ORDERED that the Initial Scheduling Conference now set for May 4, 2007, shall be cancelled and shall be rescheduled if needed after appellant serves notice of the ASBCA ruling.

So ordered this ___ day of April, 2007.

_____
United States District Judge