UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIMSKIPAFELEG ISLANDS, EHF,<br>2 Korngörðum<br>Reykjavik 104<br>Iceland<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 06-1629 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT STATUS REPORT

On April 11, 2007, the Court stayed proceedings in this matter pending resolution of a motion to dismiss related proceedings before the U.S. Armed Services Board of Contract Appeals ("the Board"). This status report is being issued in accordance with the stay order.

A decision has not yet been issued on the motion to dismiss. However, on Wednesday, June 6, 2007, counsel for Eimskipafeleg Islands, ehf ("Eimskip") was contacted by the Armed Services Board of Contract Appeals ("the Board"). Counsel was advised that Judge Peter D. Ting, the Administrative Law Judge assigned to Eimskip's appeal, has completed a decision on the motion to dismiss and that the decision is currently in the concurrence process. Although no specific time frame could be provided by the Board, the decision will be forthcoming as soon as that process is complete.

Respectfully submitted,

s/ Heather M. Spring
Marc J. Fink, #182881
Heather M. Spring, #460640
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2500 (tel)
(202) 463-4950 (fax)

*Counsel for Eimskipafeleg Islands ehf*

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

s/ Peter G. Myer
PETER G. MYER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4043

*Counsel for United States*

Dated June 18, 2007