UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIMSKIPAFELEG ISLANDS, EHF, )<br>2 Korngörðum )<br>Reykjavik 104 )<br>Iceland )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>    Defendant. )<br> ) | Civil Action No. 06-1629 (RMC) |

STIPULATION OF DISMISSAL

Plaintiff, Eimskipafeleg Islands, ehf, and Defendant, United States, pursuant Federal Rule of Procedure 41, stipulate and agree to the dismissal of this action without prejudice and with each party bearing its own fees and costs.

Respectfully submitted,

s/ Heather M. Spring
Marc J. Fink, #182881
Heather M. Spring, #460640
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2500 (tel)
(202) 463-4950 (fax)

*Counsel for Eimskipafeleg Islands ehf*

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

s/ Peter G. Myer
PETER G. MYER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4043

*Counsel for United States*

Dated August 13, 2007